Form 7-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7**

| | |
|---|---|
| The Perennial Group Inc.<br><br><br>                              Plaintiff,<br>                    v.<br><br>United States<br><br>                              Defendant. | Court No.    24-00084 |

**NOTICE OF DISMISSAL**

      **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: May 6, 2026

/s/ Joseph M. Spraragen
_____
Signature of Plaintiff's Attorney

Joseph M. Spraragen
_____
Attorney for Plaintiff

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
_____
Firm

599 Lexington Avenue, FL 36
_____
Street Address

New York, NY 10022
_____
City, State and Zip Code

212-557-4000
_____
Telephone Number

jspraragen@gdlsk.com
_____
E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 24-00084 | The Perennial Group Inc. | 1303-23-104072  2002-23-100917 | 237-1151089-3  237-1151293-1 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: May 7, 2026

Clerk, U. S. Court of International Trade

By:  /s/ Jason Chien

Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)